UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| BILL BARTLETT, *et al.*, and all those similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>HENRY ATENCIO, Director of the Idaho Department of Correction (IDOC), *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 1:17-cv-00191-CWD<br><br>**JUDGMENT** |

An offer of judgment having been made and accepted under Fed. Rule Civ. P. 68 (Dkt. 39),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

Plaintiffs Bill Bartlett, Kenneth Felder, Brian Halstrom, and Jonathan Jennings are awarded judgment in the amount of $93,000.00, with interest to accrue at the applicable federal rate, against Defendants Henry Atencio, Jeff Zmuda, Ashley Dowell, Jessica Tyler, and Jeannie Hunter. This judgment includes all accrued costs and attorney's fees through the date of the offer.

DATED: October 4, 2017

_____
Honorable Candy W. Dale
United States Magistrate Judge